STEPHANE COSMAN CONNERY et al., Respondents, v BURTON S. SULTAN, Appellant.

Submitted November 23, 2015; decided December 17, 2015

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 991 (2015)].

MARY JANE HAYES, Respondent, v WILLIAM AMES HAYES, Appellant.

Submitted November 2, 2015; decided December 17, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for ancillary relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS DAVIS, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent.

Submitted November 16, 2015; decided December 17, 2015

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 907 (2015)].